**No. 55480.**—Bendix Manufacturing Company et al. *v.* United States, protests 161023–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, APRIL 24, 1951

**No. 55481.**—Morris Mazer *v.* United States, petition 6765–R (Pittsburgh).

Opinion by LAWRENCE, J. From the testimony it appeared that the petitioner had "disclosed the limited information that he had at his disposal without any deception of any kind" and that there had not been an opportunity to amend the entry. Upon all the facts before the court it was held that there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

**No. 55482.**—Clinton D. Keagy *v.* United States, petition 6792–R (Pittsburgh).

Opinion by LAWRENCE, J. From the testimony it appeared that the petitioner is the exclusive United States agent of the exporter, receiving a discount of 50 percent from the manufacturer's list price in England; that in England the books are freely offered for sale at list price, less 33⅓ percent; that prior to making entry, the broker had inquired as to the proper basis for making entry and was instructed to enter at the list price shown in column 11 of the consular invoice, less 33⅓ percent; that the broker erred as to one item which he entered at list price, less 50 percent instead of 33⅓ percent, and that it was clearly an oversight. Upon all the facts before the court it was held that there was no intention to defraud the revenue of the United States or to conceal or misrepresent the facts of the case or to deceive the appraiser as to the value of the merchandise. The petition was therefore granted.

**No. 55483.**—D. N. & E. Walter & Co. *v.* United States, protests 126686–K, etc. (San Francisco).

Opinion by RAO, J. In accordance with stipulation of counsel that the merchandise consists of cotton cloth similar in all material respects to that the subject of Abstract 54790, the claim of the plaintiff was sustained.